IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APPLIED UNDERWRITERS CAPTIVE RISK ASSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>CHARTER OAK OIL COMPANY,<br><br>           Defendant. | 8:17-CV-164<br><br>ORDER |

Pursuant to this Court's January 4, 2018 Memorandum and Order (filing 27), and upon request of the plaintiff (filing 28), this case will be transferred to the United States District Court for the District of Connecticut.

IT IS ORDERED:

1. The plaintiff's request to transfer (filing 28) is granted.

2. The clerk shall transfer this case to the United States District Court for the District of Connecticut.

Dated this 16th day of January, 2018.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge